**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

Case No. 2:24-cv-14005-KMM

STEPHEN PATRICK YOUNG,

      Plaintiff,

v.

HIGHLANDS COUNTY, *et al.*,

      Defendants.

_____/

## ORDER ON REPORT AND RECOMMENDATION

     THIS CAUSE came before the Court upon *pro se* Plaintiff Stephen Patrick Young's Complaint ("Compl.") (ECF No. 1) and Application to Proceed *In Forma Pauperis*. ("App.") (ECF No. 3). Plaintiff commenced this *pro se* action against (1) Highlands County, (2) Steven Ritenour, a deputy at the Highlands County Sheriff's Office ("HCSO"), (3) Garret Roberts, an attorney and/or detective with HCSO, and (4) Angela J. Cowden, a Florida state court judge (collectively, "Defendants"), alleging multiple civil rights violations. *See generally* Compl. The Court referred the matter to the Honorable Ryon M. McCabe, United States Magistrate Judge, who issued a Report and Recommendation recommending that the Application to Proceed *In Forma Pauperis* be denied and that Plaintiff's Complaint be dismissed without prejudice. ("R&R") (ECF No. 8). Plaintiff filed objections ("Objections") (ECF No. 11) and an Amended Complaint ("Am. Compl.") (ECF No. 12). The matter is now ripe for review. As set forth below, the Court ADOPTS IN PART the R&R.

     The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3). As set forth in the R&R, Magistrate Judge McCabe finds that Plaintiff meets the necessary

financial standard to proceed *in forma pauperis*.  R&R at 3.  Pursuant to 28 U.S.C. § 1915(e)(2)(B), Magistrate Judge McCabe next conducts an initial screening of the merits of Plaintiff's Complaint. *Id.*  First, as to claims related to Judge Cowden, Magistrate Judge McCabe recommends that all claims against Judge Cowden should be dismissed without prejudice because judges enjoy absolute immunity from liability for damages for acts committed within their judicial jurisdiction. *Id.* at 4 (citing *Stevens v. Osuna*, 877 F.3d 1293, 1301 (11th Cir. 2017)).  Next, the R&R states that claims related to Defendant Garret Roberts should be dismissed without prejudice so that Plaintiff can clarify whether Roberts was acting in the capacity of a prosecuting attorney or a deputy sheriff. *Id.* at 5.  As to any claims related to the service of court paperwork or Plaintiff's arrest, Magistrate Judge McCabe finds that they lack sufficient factual detail and recommends that those claims be dismissed without prejudice as well.  *Id.* at 6–9.  Finally, Magistrate Judge McCabe recommends that Plaintiff be allowed to file an Amended Complaint to attempt to cure the deficiencies identified in the R&R.  *Id.* at 10.

Plaintiff filed Objections to the R&R, as well as an Amended Complaint.  In his Objections, Plaintiff references the Civil *Pro Se* Forms provided on the United States Courts website and argues that he followed all instructions and that this "isn't a frivolous case."  Objections at 1–2. In the Amended Complaint, Plaintiff appears to elaborate on his allegations and attempts to address the shortcomings identified by Magistrate Judge McCabe.  *See* Am. Compl. at 7–10.  Accordingly, the Court defers ruling on the Application to Proceed *In Forma Pauperis* until Magistrate Judge McCabe reviews the Amended Complaint.

UPON CONSIDERATION of the Application to Proceed *In Forma Pauperis*, the R&R, the pertinent portions of the record, and being otherwise fully advised in the premises, it is hereby ORDERED AND ADJUDGED that Magistrate Judge McCabe's Report and Recommendation

(ECF No. 8) is ADOPTED IN PART as to the finding of indigency.  The Court DEFERS RULING

on the Application to Proceed *In Forma Pauperis* (ECF No. 3) until the merits of the Amended

Complaint are reviewed.  The above-captioned cause is hereby RECOMMITTED to Magistrate

Judge Ryon M. McCabe for further consideration in light of Plaintiff's Amended Complaint (ECF

No. 12).

      DONE AND ORDERED in Chambers at Miami, Florida, this 13th day of February, 2024.


K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE


c: All counsel of record