**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 2:24-cv-14005-KMM

STEPHEN PATRICK YOUNG,

    Plaintiff,

v.

HIGHLANDS COUNTY, *et al.*,

    Defendants.

_____/

**ORDER ON REPORT AND RECOMMENDATION**

THIS CAUSE came before the Court upon *pro se* Plaintiff Stephen Patrick Young's Amended Complaint ("Am. Compl.") (ECF No. 12) and Application to Proceed *In Forma Pauperis*. ("App.") (ECF No. 3). Plaintiff commenced this *pro se* action against (1) Highlands County, (2) Steven Ritenour, a deputy at the Highlands County Sheriff's Office ("HCSO"), (3) Garret Roberts, an attorney and/or detective with HCSO, and (4) Angela J. Cowden, a Florida state court judge (collectively, "Defendants"), alleging multiple civil rights violations. *See generally* (ECF No. 1). The Court referred the matter to the Honorable Ryon M. McCabe, United States Magistrate Judge, who first issued a Report and Recommendation recommending that the Application to Proceed *In Forma Pauperis* be denied and that Plaintiff's Complaint be dismissed. ("R&R1") (ECF No. 8). After Magistrate Judge McCabe issued the first R&R, Plaintiff filed an Amended Complaint. Thus, the Court adopted the first R&R as to the finding of indigency and deferred ruling on the Application to Proceed *In Forma Pauperis* pending a merits review of the Amended Complaint. (ECF No. 13). Having completed a review of the Amended Complaint, Magistrate Judge McCabe now recommends that the Application be denied. ("R&R2") (ECF No.

14). Plaintiff did not file objections and the time to do so has passed. As set forth below, the Court ADOPTS the second R&R.

The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3). As set forth in the first R&R, Magistrate Judge McCabe finds that Plaintiff meets the necessary financial standard to proceed *in forma pauperis*. R&R1 at 3. Pursuant to 28 U.S.C. § 1915(e)(2)(B), Magistrate Judge McCabe now conducts an initial screening of the merits of Plaintiff's Amended Complaint and finds that the Amended Complaint fails to state any plausible claim for relief. *See generally* R&R2. First, as to claims against Highlands County, Magistrate Judge McCabe finds that the Amended Complaint fails to allege sufficient facts to demonstrate municipal liability under any recognized theory of *Monell* liability. *Id.* at 5–7. Next, Magistrate Judge McCabe recommends that all claims against Judge Cowden should be dismissed because judges enjoy absolute immunity from liability for damages for acts committed within their judicial jurisdiction. *Id.* at 7–8 (citing *Stevens v. Osuna*, 877 F.3d 1293, 1301 (11th Cir. 2017)). As to claims against Defendant Garret Roberts, the R&R recommends that these claims should be dismissed Roberts acted as a prosecutor and thus enjoys absolute immunity from suit for actions taken in his role as an "advocate for the state." *Id.* at 8 (citing *Hart v. Hodges*, 587 F.3d 1288, 1295 (11th Cir. 2009)). Finally, Magistrate Judge McCabe recommends that all claims against Deputy Steven Ritenour be dismissed because (1) Ritenour enjoys quasi-judicial immunity from liability for technical deficiencies in service of the Risk Protection Order; (2) Plaintiff fails to allege sufficient facts to state a plausible false arrest claim; and (3) Plaintiff fails to overcome qualified immunity or address whether probable cause existed. *Id.* at 9–12.

UPON CONSIDERATION of the Application to Proceed *In Forma Pauperis*, the first and second R&R, the pertinent portions of the record, and being otherwise fully advised in the premises, it is hereby ORDERED AND ADJUDGED that Magistrate Judge McCabe's Report and Recommendation (ECF No. 14) is ADOPTED. Plaintiff's Application to Proceed *In Forma Pauperis* (ECF No. 3) is DENIED. Given that Plaintiff has already been afforded an opportunity to amend his claims, it is FURTHER ORDERED that the Amended Complaint (ECF No. 12) is DISMISSED WITH PREJUDICE.

DONE AND ORDERED in Chambers at Miami, Florida, this *3rd* day of April, 2024.

*K. M. Moore*
K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE

c: All counsel of record